IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 19-00293-CR-W-HFS |
| LEDARIEL S. JACKSON | ) | |
| | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

At a Change of Plea Hearing held on November 3, 2020, before Magistrate Judge Lajuana M. Counts, defendant entered a plea of guilty pursuant to Fed.R.Crim.P. 11(c)(1)(A) and (B) to Count Two of the Indictment charging defendant with a violation of Title 18, United States Code, Section 924(c), that is, possession of a firearm in furtherance of a drug trafficking offense.

In a Report and Recommendation dated November 3, 2020 (Doc. 27), Judge Counts determined that the guilty plea was knowledgeable and voluntary and that the offense charged was supported by an independent basis in fact containing each of the essential elements of such offense.

After review of the hearing record (and in the absence of objections) I ADOPT the Report and Recommendation (Doc. 27) and ACCEPT defendant's guilty plea and direct the Clerk to enter it. A Presentence Investigation Report shall be filed within 120 days.

                                            s/ HOWARD F. SACHS
                                            HOWARD F. SACHS
                                            United States District Judge

Dated: November 19, 2020
Kansas City, Missouri